UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SHAFFER, | No. 2:15-cv-2591 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding in forma pauperis and without counsel. On February 8, 2017, petitioner filed an amended petition. On February 22, 2017, pursuant to the court's February 7, 2017 order, petitioner filed a motion to append pages 29-108 from the original petition to the amended petition. (See ECF No. 18 at 2.) Good cause appearing, petitioner's motion is granted.

IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 20) is granted; and

2. The Clerk of the Court is directed to append pages 29-108 from the original petition (ECF No. 1) as an attachment to petitioner's amended petition (ECF No. 19) as ECF No. 19-1.

Dated: March 2, 2017

/shaf2591.exh

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1