UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SHAFFER, | No. 2:15-cv-2951 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 13, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On February 7, 2017, petitioner was granted until February 20, 2017, in which to file objections. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis; therefore, the findings and recommendations are adopted in full. On January 13, 2017, petitioner filed an amended petition. Because petitioner may be entitled to relief if the claimed violation of constitutional rights

1

is proved, respondent will be directed to file a response to petitioner's habeas petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2017, are adopted in full;

2. The petition for writ of habeas corpus (ECF No. 1) is dismissed;

3. Petitioner filed an amended petition for writ of habeas corpus on January 13, 2017;

4. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254;

5. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

6. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

7. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  March 29, 2017

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE